IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY R. HASTINGS,

    Plaintiff,
v.                                               CASE NO. 4:05-cv-00303-MP-EMT

JAMES CROSBY, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 9, Report and Recommendations of the Magistrate Judge, recommending that this cause be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g). The Magistrate Judge filed the Report and Recommendation on Tuesday, November 22, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED.

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's complaint under 42 U.S.C. § 1983 (Doc. 1) is hereby dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

    **DONE AND ORDERED** this   *23rd* day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge